In the Matter of the Estate of ANDREW J. JONES, Deceased. MYRA J. HARRIS, as Executrix of ANDREW J. JONES, Deceased, Appellant; ANDREW J. JONES et al., Respondents.

Argued February 28, 1952; decided March 14, 1952.

*Harry K. Morton* for appellant.

*Albert E. Hollis* and *Nicholas J. Changose* for respondents.

Appeal dismissed, with costs, upon the ground that the '' judgment '' and order appealed from do not finally determine the proceeding within the meaning of the Constitution. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.